IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **CHERALEE A. CARR** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09-cv-308 |
| | ) | **District Judge Varlan** |
| **REGIONAL ADJUSTMENT** | ) | **Magistrate Judge Shirley** |
| **BUREAU, INC., JANE DOE, and** | ) | |
| **JILL DOE,** | ) | <u>Jury Trial Demanded</u> |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Defendant Regional Adjustment Bureau, Inc., by and through their attorneys, that the above-entitled action against all Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that an order of dismissal with prejudice as to Defendants may be entered in the above-entitled action pursuant hereto.

Respectfully submitted this 25th day of March 2010.

                                                   Attorney for Plaintiff

                                                   <u>/s/    Alan C. Lee</u>
                                                   Alan C. Lee, Esq., BPR # 012700
                                                 PO Box 1357
                                                 Morristown, TN 37816-1357
                                                 (423) 581-0924
                                                 info@alanlee.com

Attorneys for Regional Adjustment Bureau, Inc.

/s/     Jessica H. Shafer
Jessica H. Shafer, Esq., BPR #
Baker, Donelson, Bearman, Caldwell
  & Berkowitz, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
(865) 549-7000
jshafer@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.

/s/        Alan C. Lee
Alan C. Lee, Esq.
Attorney for Plaintiff